889 P.2d 1086

**In the Matter of A Member of the State Bar of Arizona, Sean CONNELLY, Respondent.**

**No. SB–93–0041–D.**
**Disciplinary Commission No. 90–0381.**

Supreme Court of Arizona.

Jan. 13, 1995.

### MANDATE AND JUDGMENT

This matter having come on for hearing before the Disciplinary Commission of the Supreme Court of Arizona, it having duly rendered its decision and this Court having considered the matter, filed its Memorandum Decision on the 22nd day of December, 1994.

The time for filing a Motion for Reconsideration has expired and no motion was filed.

IT IS ORDERED, ADJUDGED AND DECREED that SEAN CONNELLY, a member of the State Bar of Arizona, is hereby censured for his violations of the Rules of Professional Conduct as a lawyer pursuant to the Memorandum Decision of this Court.

IT IS FURTHER ORDERED that pursuant to Rule 52(a)(8), Rules of the Supreme Court of Arizona, the State Bar of Arizona is granted judgment against SEAN CONNELLY for costs incurred by the State Bar of Arizona in the amount of $2,303.62, together with interest at the legal rate from the date of this judgment and order.

FELDMAN, C.J. and ZLAKET, J., did not participate in this matter.

Dan W. Montgomery, Tucson.

John Gabroy, Gabroy, Rollman & Bosse, P.C., Tucson.

Robert Swartz, Bar Counsel, Harriet L. Turney, Gen. Counsel, and Margaret Downie, Chief Counsel, for State Bar of Arizona.

889 P.2d 1086

**Matter of a Member of the State Bar of Arizona, Stephen P. MIRRETTI, Jr., Respondent.**

**No. SB–95–0005–D.**
**Disciplinary Comm. No. 94–2444.**

Supreme Court of Arizona.

Jan. 18, 1995.

Margaret H. Downie, Chief Bar Counsel and Harriet L. Turney, Gen. Counsel, State Bar of Arizona, for the State Bar.

### JUDGMENT OF DISBARMENT

In accordance with the provisions of Rule 56(b)(2), Disbarment by Consent, Rules of the Supreme Court, and

Respondent **STEPHEN P. MIRRETTI, JR.** having consented to disbarment as a member of the State Bar of Arizona, and this Court having this date accepted the Consent to Disbarment,

IT IS ORDERED, ADJUDGED AND DECREED that **STEPHEN P. MIRRETTI, JR.** be and hereby is disbarred from the practice of law in the State of Arizona, effective as of the date of this judgment.

IT IS FURTHER ORDERED that pursuant to Rule 63(a), Rules of the Supreme Court of Arizona, **STEPHEN P. MIRRETTI, JR.** shall notify all of his clients, within ten (10) days from the date hereof, of his inability to continue to represent them and that they should promptly retain new counsel, and shall promptly inform this Court of his compliance with this Order as provided by Rule 63(d), Rules of the Supreme Court of Arizona.